# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BAYWOOD RLTY & CONSTR. CORP., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17CV22 RLW |
| NORTH SHORE COMMERCIAL DOOR CO., et al. | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Voluntary Dismissal filed by the Plaintiff (ECF No. 19),

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED** with prejudice, with all parties to bear their own costs and attorneys' fees.

Dated this 3rd day of April, 2017.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**